IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CLUB CAR, LLC,

    Plaintiff,

      v.

YAMAHA GOLF-CAR COMPANY,

    Defendant.

CV 1:17-034

**O R D E R**

Presently before the Court is the parties' joint motion to stay. (Doc. 30.) The parties request the Court stay this case pending a decision by the United States Patent and Trademark Office ("PTO"). The parties contend that staying the case until a decision from the PTO will streamline the case and conserve resources. Upon due consideration, the Court **GRANTS** the parties' request and **STAYS** this case until the PTO issues a decision or the Court determines that the stay is improper. Accordingly, the Court **ORDERS** the parties to provide the Court with a status update every six months and notify it immediately upon receiving a decision from the PTO. Finally, either party

may move the Court to lift this stay at any time by filing an appropriate motion.

**ORDER ENTERED** at Augusta, Georgia, this _5th_ day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA